ACCEPTED
03-13-00327-CV
6580754
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 12:26:46 PM
JEFFREY D. KYLE
CLERK

**Jennifer S. Riggs**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jriggs@r-alaw.com

**Jason Ray**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jray@r-alaw.com

# RIGGS & RAY
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS

506 WEST 14TH STREET, SUITE A
AUSTIN, TEXAS 78701
512 457-9806 TELEPHONE
512 457-9066 FACSIMILE

**Franklin Hopkins**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
fhopkins@r-alaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/20/2015 12:26:46 PM

JEFFREY D. KYLE
Clerk

August 20, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:  Court of Appeals Number:  03-13-00327-CV
     Trial Court Case Number:  D-1-GN-12-001750

Style:  The Texas Alcoholic Beverage Commission and Sherry Cook, Administrator  v. Appellee, D. Houston, Inc. d/b/a Treasures.

Dear Mr. Kyle –

This will acknowledge receipt of the Court's letter of August 4, 2015, regarding the above-referenced case. Given the posture of the case, the time allocation suggested in the letter if fine with D. Houston, Inc., d/b/a/ Treasures, whom I represent. I will present argument on behalf of Treasures as scheduled on September 2, 2015 at 9:00 a.m.

Respectfully submitted,

Jennifer S. Riggs
Bar No. 16922300
RIGGS & RAY, P.C.
506 West 14th Street, Suite A
Austin, Texas 78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
Jriggs@r-alaw.com

cc     Ms. Karen L. Watkins